# United States Court of Appeals for the Federal Circuit

―――――――――――

November 9, 2011
**ERRATA**

―――――――――――

2009-1589

―――――――――――

TYPHOON TOUCH TECHNOLOGIES, INC.,
Plaintiff-Appellant,


v.


DELL, INC. and LENOVO (UNITED STATES), INC.,
Defendants-Appellees,


and


SAND DUNE VENTURES, INC.,
Defendant-Appellee,


and


TOSHIBA AMERICA INFORMATION SYSTEMS, INC.,
Defendant-Appellee,


and


FUJITSU AMERICA, INC.
(formerly known as Fujitsu Computer Systems Corporation),
Defendant-Appellee,


and


PANASONIC CORPORATION OF NORTH AMERICA,
Defendant-Appellee,


and

APPLE, INC.,
Defendant,

and

HTC AMERICA, INC.,
Defendant-Appellee,

and

PALM, INC.,
Defendant-Appellee.

————————————

Decided November 4, 2011
Precedential Opinion

————————————

Please make the following changes:

Page 3, add attorneys and firms represented

JOHN FULTON, JR., Malloy & Malloy, P.A., of Miami, Florida, for defendant-appellee San Dune Ventures, Inc. With him on the brief was JOHN C. MALLOY, III.